UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lee Ann Cha v. Bayer Corporation, et al.* | No. 13-cv-10696-DRH |
| *Michelle A. Davis v. Bayer Corporation, et al.* | No. 13-cv-10832-DRH |
| *Anna Feeley v. Bayer Corporation, et al.* | No. 13-cv-10831-DRH |
| *Terri Rowsell v. Bayer Corporation, et al.* | No. 10-cv-12090-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 8, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.18
16:30:02 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT